VADNEY, Appellant, v. ALBANY RY., Respondent. (Supreme Court, Appellate Division, Third Department. December 12, 1899.) Action by Richard Vadney against the Albany Railway. No opinion. Judgment affirmed, with costs.